# United States Patent Office

938,772
Registered July 25, 1972

## PRINCIPAL REGISTER
### Trademark

Ser. No. 384,319, filed Feb. 19, 1971

## INTEL

Intel Corporation (California corporation)
365 Middlefield Road
Mountain View, Calif.   94040

For: EQUIPMENT FOR THE TESTING AND PRO-
GRAMMING OF INTEGRATED CIRCUITS, REGIS-
TERS AND SEMICONDUCTOR MEMORIES, in
CLASS 26 (INT. CL. 9).
First use Jan. 15, 1971; in commerce Jan. 15, 1971.

E. W. BROWNE, Examiner



EXHIBIT

A

# United States Patent Office

939,641
Registered Aug. 1, 1972

## PRINCIPAL REGISTER
### Trademark

Ser. No. 384,320, filed Feb. 19, 1971

## INTEL

Intel Corporation (California corporation)
365 Middlefield Road
Mountain View, Calif.   94040

For: INTEGRATED CIRCUITS, REGISTERS AND SEMICONDUCTOR MEMORIES, in CLASS 21 (INT. CL. 9).

First use Mar. 11, 1969; in commerce Mar. 11, 1969.

E. W. BROWNE, Examiner

EXHIBIT

**B**

Int. Cl.: 9

Prior U.S. Cl.: 21, 26

## United States Patent Office

Reg. No. 1,022,563

Registered Oct. 14, 1975

## TRADEMARK
### Principal Register

## INTEL

Intel Corporation (California corporation)
3065 Bowers Ave.
Santa Clara, Calif.   95051

For: MICROCOMPUTERS, MICROCONTROLLERS AND MICROPROCESSORS, in CLASS 9 (U.S. CLS. 21 and 26).

First use July 6, 1971; in commerce July 6, 1971.
Owner of Reg. Nos. 938,772, 997,021, and others.

Ser. No. 35,122, filed Oct. 21, 1974.

B. C. WASHINGTON, Examiner

EXHIBIT

C

Int. Cls.: 6, 14, 16, 20, 21 and 28

Prior U.S. Cls.: 2, 13, 22, 25, 27, 37, 38 and 44

**United States Patent and Trademark Office**

Reg. No. 1,723,243
Registered Oct. 13, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: METAL KEY RINGS, IN CLASS 6 (U.S.
CLS. 13 AND 25).
FIRST USE 10–16–1990; IN COMMERCE
10–16–1990.
FOR: WATCHES, IN CLASS 14 (U.S. CL. 27).
FIRST USE 10–15–1990; IN COMMERCE
10–15–1990.
FOR: NOTE PAPER, NOTE CARDS, POST-
ERS, MICROPROCESSOR CHIP DIE PLOT
PRINTS AS ART PRINTS, PENCILS, BALL
POINT PENS, INK PENS AND STATIONERY
FOLDERS, IN CLASS 16 (U.S. CLS. 37 AND 38).
FIRST USE 10–22–1990; IN COMMERCE
10–22–1990.

FOR: PLASTIC KEY CHAIN TAGS, IN
CLASS 20 (U.S. CLS. 13 AND 25).
FIRST USE 10–19–1990; IN COMMERCE
10–19–1990.
FOR: MUGS AND WATER BOTTLES SOLD
EMPTY, IN CLASS 21 (U.S. CLS. 2 AND 44).
FIRST USE 10–1–1990; IN COMMERCE
10–1–1990.
FOR: JIGSAW PUZZLES, GOLF BALLS,
GOLF TEES AND GOLF BALL MARKERS, IN
CLASS 28 (U.S. CL. 22).
FIRST USE 9–27–1990; IN COMMERCE
9–27–1990.
OWNER OF U.S. REG. NOS. 914,978, 1,573,324
AND OTHERS.

SER. NO. 74–225,623, FILED 11–25–1991.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY

EXHIBIT

**D**

Int. Cls.: 18, 24 and 25

Prior U.S. Cls.: 3, 39 and 42

Reg. No. 1,725,692

**United States Patent and Trademark Office**  Registered Oct. 20, 1992

## TRADEMARK
### PRINCIPAL REGISTER

### INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: ALL PURPOSE SPORT BAGS, GYM
BAGS AND CARRY-ON BAGS, IN CLASS 18
(U.S. CL. 3).
FIRST USE 10-12-1990; IN COMMERCE
10-12-1990.
FOR: TOWELS, IN CLASS 24 (U.S. CL. 42).
FIRST USE 10-27-1990; IN COMMERCE
10-27-1990.

FOR: CLOTHING; NAMELY, T-SHIRTS, COV-
ERALLS, SHIRTS AND CAPS, IN CLASS 25
(U.S. CL. 39).
FIRST USE 10-1-1990; IN COMMERCE
10-1-1990.

OWNER OF U.S. REG. NOS. 914,978, 1,573,324
AND OTHERS.

SER. NO. 74-225,506, FILED 11-25-1991.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY



EXHIBIT
E

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,171,778

## United States Patent and Trademark Office

Registered July 7, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS,
TOOLS AND UTILITIES IN THE FIELD OF
APPLICATION SOFTWARE FOR CONNECT-
ING PERSONAL COMPUTERS, NETWORKS,
TELECOMMUNICATIONS APPARATUS AND
GLOBAL COMPUTER NETWORK APPLICA-
TIONS; AUDIO AND VIDEO GRAPHICS FOR
REAL TIME INFORMATION AND IMAGE
TRANSFER, TRANSMISSION, RECEPTION,
PROCESSING AND DIGITIZING; COMPUTER
FIRMWARE; COMPUTER HARDWARE; COM-
PUTER PERIPHERALS; INTEGRATED CIR-
CUITS; INTEGRATED CIRCUIT CHIPS; SEMI-
CONDUCTOR PROCESSORS; SEMICONDUC-
TOR PROCESSOR CHIPS; MICROPROCES-
SORS; PRINTED CIRCUIT BOARDS; ELEC-
TRONIC CIRCUIT BOARDS; COMPUTER
MEMORY DEVICES; SEMICONDUCTOR
MEMORY DEVICES; VIDEO CIRCUIT
BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-
VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC
ACCELERATORS; MULTIMEDIA ACCELERA-
TORS; VIDEO PROCESSORS; FAX/MODEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE TRANSMISSION AND RECEIPT OF
FACSIMILES; COMPUTER HARDWARE AND
SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE, AND USE OF LOCAL AND
WIDE AREA COMPUTER NETWORKS; COM-
PUTER HARDWARE AND SOFTWARE FOR
THE DEVELOPMENT, MAINTENANCE, AND
USE OF INTERACTIVE AUDIO-VIDEO COM-
PUTER CONFERENCE SYSTEMS; COMPUTER
HARDWARE AND SOFTWARE FOR THE RE-
CEIPT, DISPLAY, AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIG-
NALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 7–6–1971; IN COMMERCE
7–6–1971.

OWNER OF U.S. REG. NOS. 938,772, 9,149,978,
AND OTHERS.

SN 75–160,106, FILED 9–4–1996.

SOPHIA S. KIM, EXAMINING ATTORNEY



EXHIBIT
F

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**Reg. No. 2,194,121**

## United States Patent and Trademark Office

Registered Oct. 6, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PRINTED MATERIALS, NAMELY,
BOOKS, MAGAZINES, NEWSLETTERS, JOUR-
NALS, OPERATING MANUALS, USERS
GUIDES, PAMPHLETS, AND BROCHURES
ABOUT, FOR USE WITH AND DIRECTED TO
USERS OF, COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS;
COMPUTER SYSTEM TOOLS; COMPUTER
SYSTEM UTILITIES; COMPUTER APPLICA-
TION SOFTWARE; COMPUTER FIRMWARE;
COMPUTER HARDWARE; COMPUTER PE-
RIPHERALS; COMPUTER COMPONENTS; IN-
TEGRATED CIRCUITS; INTEGRATED CIR-
CUIT CHIPS; SEMICONDUCTOR PROCES-
SORS; SEMICONDUCTOR PROCESSOR CHIPS;
MICROPROCESSORS; PRINTED CIRCUIT
BOARDS; ELECTRONIC CIRCUIT BOARDS;
COMPUTER MEMORY DEVICES; SEMICON-
DUCTOR MEMORY DEVICES; VIDEO CIR-
CUIT BOARDS; AUDIO CIRCUIT BOARDS;
AUDIO-VIDEO CIRCUIT BOARDS; VIDEO
GRAPHIC ACCELERATORS; MULTIMEDIA
ACCELERATORS; VIDEO PROCESSORS; FAX/
MODEMS; COMPUTER HARDWARE AND
SOFTWARE FOR THE TRANSMISSION AND
RECEIPT OF FACSIMILES; COMPUTER
HARDWARE AND SOFTWARE FOR THE DE-
VELOPMENT, MAINTENANCE, AND USE OF
LOCAL AND WIDE AREA COMPUTER NET-
WORKS; COMPUTER HARDWARE AND SOFT-
WARE FOR THE DEVELOPMENT, MAINTE-
NANCE, AND USE OF INTERACTIVE AUDIO-
VIDEO COMPUTER CONFERENCE SYSTEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE RECEIPT, DISPLAY, AND USE OF
BROADCAST VIDEO, AUDIO, AND DIGITAL
DATA SIGNALS; AND COMPUTER HARD-
WARE AND SOFTWARE FOR DEVELOP-
MENT, TESTING, PROGRAMMING, AND PRO-
DUCTION OF HARDWARE AND SOFTWARE,
IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38
AND 50).

FIRST USE 3–0–1969; IN COMMERCE
3–0–1969.

OWNER OF U.S. REG. NOS. 1,573,324,
1,723,243, AND OTHERS.

SN 75–160,105, FILED 9–4–1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

**EXHIBIT**
**G**

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

## United States Patent and Trademark Office

Reg. No. 2,251,962

Registered June 8, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: CLOCKS, BELT BUCKLES, JEWELRY,
CHARMS, CUFF LINKS, EARRINGS, KEY
CHAINS, NECKLACES, BRACELETS, NECK-
TIE FASTENERS, LAPEL PINS, MONEY CLIP,

PENDANTS, PIGGY BANKS, TIE PINS, TRO-
PHIES AND WATCHES, IN CLASS 14 (U.S. CLS.
2, 27, 28 AND 50).
FIRST USE 10-0-1990; IN COMMERCE
10-19-1990.

SN 75-371,526, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY



EXHIBIT
H

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

## United States Patent and Trademark Office

Reg. No. 2,251,961

Registered June 8, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
  RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

  FOR: BINDERS, BOOKENDS, BOXES FOR
PENS, CALENDARS, TABLETS, NOTE CARDS
AND PLAYING CARDS, SELF-ADHESIVE
PADS, DESK PADS, AND CALENDAR PADS,
PENS, PENCILS, FOLDERS, PAPERWEIGHTS,

PEN AND PENCIL HOLDERS, PHOTOGRAPH
STANDS, RULERS, ERASERS, MARKERS,
DESK SETS, DESK ORGANIZERS, IN CLASS
16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
  FIRST USE 10-0-1990; IN COMMERCE
10-0-1990.

  SN 75-371,525, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

EXHIBIT

I

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

**United States Patent and Trademark Office**

Reg. No. 2,250,491

Registered June 1, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TRAVEL BAGS, LUGGAGE, SCHOOL
BAGS, BACK PACKS, BEACH BAGS, DUFFEL
BAGS, FANNY PACKS, UMBRELLAS, IN
CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-0-1993; IN COMMERCE
10-0-1993.

OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-371,363, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

EXHIBIT
J

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,254,525
Registered June 15, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: T-SHIRTS, SHIRTS, BEACHWEAR,
LOUNGEWEAR, SWEATERS, SWEATSHIRTS,
SWEAT SUITS, COVERALLS, JACKETS, TIES,
HEADWEAR, CARDIGANS, GYM SUITS,
HATS, JOGGING SUITS, NECKTIES, POLO

SHIRTS, SCARVES, INFANT ROMPERS, IN
CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 10-0-1990; IN COMMERCE
10-0-1990.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-978,308, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY


EXHIBIT
K

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,261,531

Registered July 13, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TOYS, NAMELY, STUFFED TOYS,
TOYS, PLUSH TOYS, DOLLS, BEAN BAGS,
GAMES, NAMELY, BOARD GAMES, STAND
ALONE VIDEO GAMES, AND CHRISTMAS
TREE ORNAMENTS, IN CLASS 28 (U.S. CLS.
22, 23, 38 AND 50).

FIRST USE 9–0–1990; IN COMMERCE
9–0–1990.

SN 75–349,837, FILED 9–2–1997.

NANCY L. HANKIN, EXAMINING ATTORNEY


EXHIBIT L

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

Reg. No. 2,276,580

**United States Patent and Trademark Office**   Registered Sep. 7, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: MUGS, SPORTS BOTTLES, IN CLASS
21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-0-1993; IN COMMERCE
12-0-1993.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-371,362, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY


EXHIBIT
M

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,446,693

Registered Apr. 24, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE; SOFTWARE FOR USE IN OPERATING AND MAINTAINING COMPUTER SYSTEMS; SEMICONDUCTORS; MICROPROCESSORS; INTEGRATED CIRCUITS; MICROCOMPUTERS; COMPUTER CHIPSETS; COMPUTER MOTHERBOARDS AND DAUGHTERBOARDS; COMPUTER GRAPHICS BOARDS; COMPUTER NETWORKING HARDWARE; COMPUTER NETWORK ADAPTORS, SWITCHES, ROUTERS AND HUBS; COMPUTER PERIPHERALS AND ELECTRONIC APPARATUS FOR USE WITH COMPUTERS; KEYBOARDS; TRACKBALLS; COMPUTER MOUSE DEVICES; COMPUTER INPUT DEVICES; COMPUTER MONITORS; VIDEO APPARATUS; VIDEO CIRCUIT BOARDS; APPARATUS AND EQUIPMENT FOR RECORDING, PROCESSING, RECEIVING, REPRODUCING, TRANSMITTING, MODIFYING, COMPRESSING, DECOMPRESSING, BROADCASTING, MERGING AND/OR ENHANCING SOUND, VIDEO IMAGES, GRAPHICS, AND DATA; ALGORITHM SOFTWARE PROGRAMS FOR THE OPERATION AND CONTROL OF COMPUTERS; COMPUTER COMPONENT TESTING AND CALIBRATING ELECTRONIC UNITS; SET-TOP BOXES, NAMELY, ELECTRONIC CONTROL BOXES FOR THE INTERFACE AND CONTROL OF COMPUTER AND GLOBAL COMPUTER NETWORKS WITH TELEVISION AND CABLE BROADCAST EQUIPMENT, TELECONFERENCING EQUIPMENT, AND VIDEO CONFERENCING EQUIPMENT, COMPUTER PROGRAMS FOR NETWORK MANAGEMENT; COMPUTER UTILITY PROGRAMS; COMPUTER OPERATING SYSTEM SOFTWARE; COMPUTER PROGRAMS FOR RECORDING, PROCESSING, RECEIVING REPRODUCING, TRANSMITTING, MODIFYING, COMPRESSING, DECOMPRESSING, BROADCASTING, VIDEO, IMAGES, GRAPHICS, AND DATA; COMPUTER PROGRAMS FOR WEB PAGE DESIGN; COMPUTER PROGRAMS FOR ACCESSING AND USING THE GLOBAL COMPUTER NETWORK; TELECOMMUNICATIONS APPARATUS AND INSTRUMENTS; APPARATUS AND EQUIPMENT FOR USE IN VIDEO-CONFERENCING, TELECONFERENCING, DOCUMENT EXCHANGE AND EDITING; CAMERAS AND DIGITAL CAMERAS FOR USE WITH COMPUTERS; HEADSETS FOR USE WITH COMPUTERS, COMPUTER SOFTWARE, TELECONFERENCING EQUIPMENT AND VIDEO CONFERENCING EQUIPMENT; PARTS, FITTINGS, AND TESTING APPARATUS FOR ALL THE AFORESAID GOODS; AND USER MANUALS FOR USE WITH, AND SOLD AS A UNIT WITH, ALL THE AFORESAID GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-0-1971; IN COMMERCE 7-0-1971.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563, AND OTHERS.

SN 75-412,493, FILED 12-3 1-1997.

TERESA M. RUPP, EXAMINING ATTORNEY



EXHIBIT N

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,462,327

Registered June 19, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PHOTOGRAPHIC EQUIPMENT, NAMELY, DIGITAL CAMERAS AND PC CAMERAS; COMPUTER HARDWARE FOR USE IN IMAGING AND PHOTOGRAPHIC APPLICATIONS; COMPUTER SOFTWARE FOR USE IN IMAGING AND PHOTOGRAPHIC APPLICATIONS, NAMELY, ORGANIZING AND MANIPULATING IMAGES AND CAPTURING, RETRIEVING, STORING AND MAILING IMAGES VIA INTERCONNECTED COMPUTER NETWORKS; PHOTO DISCS, NAMELY, CD ROMS FOR USE IN STORING PHOTOGRAPHIC IMAGES; CD ROMS FOR IMAGING AND PHOTOGRAPHIC APPLICATIONS, NAMELY, ORGANIZING AND MANIPULATING IMAGES AND CAPTURING, RETRIEVING, STORING AND MAILING IMAGES VIA INTERCONNECTED COMPUTER NETWORKS; IMAGING SENSORS; INTERACTIVE MULTIMEDIA COMPUTER GAME PROGRAMS; INTERACTIVE VIDEO GAME PROGRAMS; INTERACTIVE VIDEO GAMES OF VIRTUAL REALITY COMPRISED OF COMPUTER HARDWARE AND SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-1991; IN COMMERCE 12-1-1991.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778, AND OTHERS.

SN 75-607,823, FILED 12-18-1998.

BRETT J. GOLDEN, EXAMINING ATTORNEY


EXHIBIT
O

Int. Cls.: 37, 41, and 42

Prior U.S. Cls.: 100, 101, 103, 106, and 107

**United States Patent and Trademark Office**

Reg. No. 2,585,551
Registered June 25, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER HARDWARE INSTALLATION
AND REPAIR SERVICES; MAINTENANCE OF
HARDWARE FOR LOCAL AND WIDE AREA COM-
PUTER NETWORKS; MAINTENANCE OF HARD-
WARE FOR INTERACTIVE AUDIO-VIDEO
COMPUTER CONFERENCE SYSTEMS; MAINTE-
NANCE FOR HARDWARE FOR RECEIPT, DIS-
PLAY AND USE OF BROADCAST VIDEO, AUDIO,
AND DIGITAL DATA SIGNALS; MAINTENANCE
OF HARDWARE FOR INTERACTIVE AND NON-
INTERACTIVE WEB PAGES FOR THE GLOBAL
COMPUTER NETWORK FOR OTHERS, IN CLASS
37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 2-0-2000; IN COMMERCE 2-0-2000.

FOR: EDUCATION AND ENTERTAINMENT
SERVICES, NAMELY, ARRANGING AND CON-
DUCTING EDUCATIONAL CONFERENCES AND
SEMINARS IN THE FIELDS OF COMPUTERS,
TELECOMMUNICATIONS, AND COMPUTER NET-
WORKING, AND DISTRIBUTING COURSE MATE-
RIALS IN CONNECTION THEREWITH;
DEVELOPMENT, PUBLISHING AND DISSEMINA-
TION OF EDUCATIONAL MATERIALS IN THE
FIELDS OF COMPUTERS, TELECOMMUNICA-
TIONS AND COMPUTER NETWORKING FOR
OTHERS; INTERACTIVE AND NON-INTERACTIVE
COMPUTER EDUCATION TRAINING SERVICES;
PROVIDING INFORMATION VIA GLOBAL COM-
PUTER NETWORK IN THE FIELDS OF EDUCA-
TION AND ENTERTAINMENT; PROVISION OF
INTERACTIVE AND NON-INTERACTIVE ELEC-
TRONIC INFORMATION SERVICES IN THE
FIELDS OF EDUCATION AND ENTERTAINMENT,
IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-0-1997; IN COMMERCE 7-0-1997.

FOR: COMPUTER SERVICES, NAMELY, COM-
PUTER DIAGNOSTIC SERVICES; MAINTENANCE
AND UPDATING OF COMPUTER SOFTWARE;
PROVIDING OTHERS WITH ACCESS TO INTER-
ACTIVE AND NON-INTERACTIVE BROADCAST
VIDEO, AUDIO AND DIGITAL DATA SIGNALS;
PROVISION OF INTERACTIVE AND NON-INTER-
ACTIVE ELECTRONIC INFORMATION SERVICES
ON A WIDE VARIETY OF TOPICS; DEVELOPMENT
OF LOCAL AND WIDE AREA COMPUTER NET-
WORKS FOR OTHERS; DEVELOPMENT OF
AUDIO-VIDEO COMPUTER CONFERENCE SYS-
TEMS FOR OTHERS; DEVELOPMENT OF COMPU-
TER HARDWARE AND SOFTWARE FOR THE
RECEIPT, DISPLAY AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIGNALS
FOR OTHERS; LEASING ACCESS TIME TO COM-
PUTER DATA BASES IN THE NATURE OF COM-
PUTER BULLETIN BOARDS IN A WIDE VARIETY
OF FIELDS; COMPUTER WEB SITE DESIGN SER-
VICES; COMPUTER SOFTWARE DESIGN FOR
OTHERS; DEVELOPMENT OF INTERACTIVE
AND NON-INTERACTIVE WEB PAGES FOR THE
GLOBAL COMPUTER NETWORK FOR OTHERS;
COMPUTER PROGRAMMING SERVICES; PROVID-
ING ON-LINE NEWSPAPERS, MAGAZINES, IN-
STRUCTIONAL MANUALS IN THE FIELDS OF
TECHNOLOGY, ENTERTAINMENT, EDUCATION
AND BUSINESS; DEVELOPMENT, MAINTE-
NANCE, AND PROVISION OF INTERACTIVE
AND NON-INTERACTIVE ELECTRONIC BULLE-
TIN BOARDS SERVICES IN THE FIELDS OF EN-
TERTAINMENT AND EDUCATION, IN CLASS 42
(U.S. CLS. 100 AND 101).

FIRST USE 9-28-1999; IN COMMERCE 9-28-1999.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-163,576, FILED 9-10-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY


EXHIBIT
P

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,742,174
Registered July 29, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER-RELATED AND COMMUNI-
CATIONS-RELATED SERVICES, NAMELY, IN-
STALLATION, REPAIR, MAINTENANCE,
SUPPORT AND CONSULTING SERVICES FOR
COMPUTER-RELATED AND COMMUNICA-
TIONS-RELATED GOODS; PROVIDING INFORMA-
TION IN THE FIELD OF COMPUTER
TECHNOLOGY VIA THE GLOBAL COMPUTER
NETWORK; PROVIDING ON-LINE PUBLICA-
TIONS, NAMELY, BOOKS, BROCHURES, WHITE
PAPERS, CATALOGS AND PAMPHLETS IN THE
FIELDS OF COMPUTER AND INFORMATION

TECHNOLOGY; DESIGNING AND DEVELOPING
STANDARDS FOR OTHERS IN THE DESIGN AND
IMPLEMENTATION OF COMPUTER SOFTWARE,
COMPUTER HARDWARE AND TELECOMMUNI-
CATIONS EQUIPMENT, IN CLASS 42 (U.S. CLS. 100
AND 101).

FIRST USE 11-0-1996; IN COMMERCE 11-0-1996.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-412,490, FILED 12-31-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

EXHIBIT
**Q**

Int. Cls.: 9 and 42

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, and 101

**United States Patent and Trademark Office**

Reg. No. 3,029,954
Registered Dec. 13, 2005

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: SEMICONDUCTOR AND MICROPROCES-
SOR CARTRIDGES; INTERNET AND WEB SER-
VERS; INTERNET AND WEB CACHING SERVERS;
WIRELESS AND REMOTE COMPUTER PERIPHER-
ALS; COMPUTER HARDWARE AND SOFTWARE
FOR ENABLING WEB PORTALS; COMPUTER
HARDWARE AND SOFTWARE FOR DIGITAL EN-
CRYPTION, IDENTIFICATION AND CERTIFICA-
TION; COMPUTER HARDWARE AND SOFTWARE
TO ENABLE REMOTE ENCRYPTED NETWORK-
ING; COMPUTER HARDWARE AND SOFTWARE
TO ENABLE SECURE DATA TRANSMISSION VIA
NETWORKS, THE INTERNET AND WORLD WIDE
WEB, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-31-1997; IN COMMERCE 5-31-1997.

FOR: COMPUTER CONSULTATION SERVICES,
NAMELY, WEB DESIGN AND DEVELOPMENT
SERVICES; INTERNET AND WEB DATA SERVICES,
NAMELY DIGITAL IDENTIFICATION AND CER-
TIFICATION SERVICES; APPLICATION SERVICE
PROVIDER SERVICES, NAMELY HOSTING COM-
PUTER SOFTWARE APPLICATIONS OF OTHERS,
IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 4-30-2001; IN COMMERCE 4-30-2001.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-975,693, FILED 4-3-2000.

TRICIA THOMPKINS, EXAMINING ATTORNEY



EXHIBIT
R

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

Reg. No. 3,136,102

## United States Patent and Trademark Office

Registered Aug. 29, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TELECOMMUNICATION SERVICES,
NAMELY, ELECTRONIC AND DIGITAL TRANS-
MISSION OF DATA, DOCUMENTS, AUDIO AND
VIDEO VIA COMPUTER TERMINALS, IN CLASS 38
(U.S. CLS. 100, 101 AND 104).

FIRST USE 3-31-2003; IN COMMERCE 3-31-2003.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-016,892, FILED 4-3-2000.

COLLEEN DOMBROW, EXAMINING ATTORNEY

EXHIBIT
S

Int. Cl.: 38

Prior U.S. Cls.: 100, 101 and 104

**United States Patent and Trademark Office**

Reg. No. 3,173,391

Registered Nov. 21, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: TELECOMMUNICATIONS CONSULTING
SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 4-0-2001; IN COMMERCE 4-0-2001.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 914,978 AND 3,019,987.

SER. NO. 78-633,311, FILED 5-19-2005.

JOHN GARTNER, EXAMINING ATTORNEY



EXHIBIT
T

# United States of America
## United States Patent and Trademark Office

# INTEL

**Reg. No. 4,641,445**

**Registered Nov. 18, 2014**

**Int. Cls.: 44 and 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: INTERACTIVE MONITORING, TRANSMISSION, AND ALERT SERVICES FOR NOTI-FYING CAREGIVERS OF A PATIENT'S PHYSICAL STATUS AND VITAL STATISTICS FOR MEDICAL PURPOSES , IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 9-3-2013; IN COMMERCE 9-3-2013.

FOR: ELECTRONIC MONITORING SERVICES FOR SECURITY PURPOSES IN THE FIELD OF MONITORING OF INDIVIDUALS, PRIMARILY THE ELDERLY, AT HOME, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 9-3-2013; IN COMMERCE 9-3-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 914,978, 3,173,391, AND OTHERS.

SN 85-181,390, FILED 11-19-2010.

REBECCA POVARCHUK, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**



EXHIBIT
U

Int. Cl.: 9

Prior U.S. Cl.: 26

**United States Patent and Trademark Office**

Reg. No. 1,705,796
Registered Aug. 4, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: MICROPROCESSORS, IN CLASS 9 (U.S.
CL. 26).

FIRST USE 1–0–1992; IN COMMERCE
1–0–1992.
OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 74–159,673, FILED 4–22–1991.

GLENN CLARK, EXAMINING ATTORNEY


EXHIBIT
V

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,179,209

Registered Aug. 4, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119 INTEL CORPORATION (DELAWARE CORPORATION)

2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER OPERATING SYSTEM SOFTWARE; COMPUTER OPERATING PROGRAMS; COMPUTER SYSTEM EXTENSIONS, TOOLS AND UTILITIES IN THE FIELD OF APPLICATION SOFTWARE FOR CONNECTING PERSONAL COMPUTERS, NETWORKS, TELECOMMUNICATIONS APPARATUS AND GLOBAL COMPUTER NETWORK APPLICATIONS; AUDIO AND VIDEO GRAPHICS FOR REAL TIME INFORMATION AND IMAGE TRANSFER, TRANSMISSION, RECEPTION, PROCESSING AND DIGITIZING; COMPUTER FIRMWARE; COMPUTER HARDWARE; COMPUTER PERIPHERALS; INTEGRATED CIRCUITS; INTEGRATED CIRCUIT CHIPS; SEMICONDUCTOR PROCESSORS; SEMICONDUCTOR PROCESSOR CHIPS; MICROPROCESSORS; PRINTED CIRCUIT BOARDS; ELECTRONIC CIRCUIT BOARDS; COMPUTER MEMORY DEVICES; SEMICONDUCTOR MEMORY DEVICES; VIDEO CIRCUIT BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC ACCELERATORS; MULTIMEDIA ACCELERATORS; VIDEO PROCESSORS; FAX/MODEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE TRANSMISSION AND RECEIPT OF FACSIMILES; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF LOCAL AND WIDE AREA COMPUTER NETWORKS; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF INTERACTIVE AUDIO-VIDEO COMPUTER CONFERENCE SYSTEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE RECEIPT, DISPLAY, AND USE OF BROADCAST VIDEO, AUDIO, AND DIGITAL DATA SIGNALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-0-1992; IN COMMERCE 1-0-1992.

OWNER OF U.S. REG. NOS. 1,702,463 AND 1,705,796.

SN 75-160,103, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY



# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,795,049**
**Registered May 25, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTERS; NOTEBOOK COMPUTERS; LAPTOP COMPUTERS; PORTABLE COMPUTERS; COMPUTER HARDWARE; SEMICONDUCTORS; MICROPROCESSORS; INTEGRATED CIRCUITS; CENTRAL PROCESSING UNITS; MICROCOMPUTERS; COMPUTER CHIPSETS; COMPUTER MOTHERBOARDS; COMPUTER GRAPHICS BOARDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-0-2007; IN COMMERCE 1-0-2007.

THE MARK CONSISTS OF THE TERM "INTEL" INSIDE TWO ELLIPTICAL ARCS THAT DO NOT CONNECT BUT CREATE A THREE DIMENSIONAL SWIRL ELEMENT, AND THE WORD "INSIDE" PLACED BELOW AND SLIGHTLY TO THE RIGHT OF CENTER.

SN 78-779,403, FILED 12-22-2005.

CAROLYN CATALDO, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office



EXHIBIT
X

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,349,705

Registered Dec. 4, 2007

### TRADEMARK
### PRINCIPAL REGISTER

# INTEL CORE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: DATA PROCESSORS; COMPUTERS; SEMI-
CONDUCTORS; MICROPROCESSORS; SEMICON-
DUCTOR DEVICES; INTEGRATED CIRCUITS;
COMPUTER CHIPSETS; COMPUTER MOTHER-
BOARDS AND DAUGHTERBOARDS; COMPUTER
SOFTWARE, NAMELY, COMPUTER OPERATING
SYSTEMS, COMPUTER UTILITY SOFTWARE AND
OTHER COMPUTER SOFTWARE USED TO MAIN-
TAIN AND OPERATE A COMPUTER SYSTEM;
PROGRAMMABLE DATA PROCESSORS, IN CLASS
9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-2005; IN COMMERCE 11-0-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 914,978, 3,019,987,
AND OTHERS.

SN 78-714,166, FILED 9-15-2005.

JOHN GARTNER, EXAMINING ATTORNEY



EXHIBIT
Y

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,532,588

Registered Nov. 11, 2008

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
    TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTERS; DESKTOP COMPUTERS;
LAPTOP COMPUTERS; NOTEBOOK COMPUTERS;
SEMICONDUCTORS; MICROPROCESSORS; INTE-
GRATED CIRCUITS; COMPUTER CHIPSETS; COM-
PUTER HARDWARE AND SOFTWARE FOR
COMPUTER NETWORKING AND TELECOMMU-
NICATIONS NETWORKING; COMPUTER HARD-
WARE AND SOFTWARE FOR PROVIDING AND
ENHANCING THE OVERALL MANAGEMENT OF
COMPUTER APPLICATIONS AND OPERATING
SYSTEMS AS WELL AS THE DIAGNOSIS, MAIN-
TENANCE, ALLOCATION OF COMPUTER RE-
SOURCES, INVENTORY AND UPGRADE OF
COMPUTER HARDWARE, COMPUTER SOFT-
WARE AND COMPUTER NETWORKS; COMPUTER
HARDWARE AND SOFTWARE FOR PROVIDING
AND ENHANCING CONNECTIVITY BETWEEN
COMPUTERS, COMPUTER NETWORKS, AND TEL-
ECOMMUNICATIONS NETWORKS; COMPUTER
HARDWARE AND SOFTWARE FOR PROVIDING
AND ENHANCING THE SHARING, TRANSFER

AND PRESENTATION OF AUDIO, VIDEO AND
DATA; COMPUTER HARDWARE AND SOFTWARE
FOR MONITORING, REPAIRING AND UPGRAD-
ING COMPUTERS, COMPUTER NETWORKS AND
COMPUTER SOFTWARE; COMPUTER HARD-
WARE AND SOFTWARE FOR PROVIDING AND
ENHANCING DATA PROTECTION, DATA BACK-
UP, DATA RESTORATION AND SECURITY OF
COMPUTERS, COMPUTER NETWORKS AND
COMPUTER SOFTWARE; COMPUTER HARD-
WARE AND SOFTWARE FOR ENABLING AUTO-
MATIC TRANSITIONING BETWEEN LEVELS OF
VOLTAGE AND FREQUENCY PERFORMANCE OF
A COMPUTER PROCESSOR AND COMPUTER SYS-
TEM, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-24-2006; IN COMMERCE 4-24-2006.

OWNER OF U.S. REG. NOS. 939,641, 2,446,693,
AND OTHERS.

SN 78-867,552, FILED 4-23-2006.

DAVID MURRAY, EXAMINING ATTORNEY

EXHIBIT
Z

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,580,552

Registered Feb. 24, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# INTEL VPRO

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTERS; DESKTOP COMPUTERS;
LAPTOP COMPUTERS; NOTEBOOK COMPUTERS;
SEMICONDUCTORS; MICROPROCESSORS; INTE-
GRATED CIRCUITS; COMPUTER CHIPSETS; COM-
PUTER HARDWARE AND SOFTWARE FOR
COMPUTER NETWORKING AND TELECOMMU-
NICATIONS NETWORKING; COMPUTER HARD-
WARE AND SOFTWARE FOR PROVIDING AND
ENHANCING THE OVERALL MANAGEMENT OF
COMPUTER APPLICATIONS AND OPERATING
SYSTEMS AS WELL AS THE DIAGNOSIS, MAIN-
TENANCE, ALLOCATION OF COMPUTER RE-
SOURCES, INVENTORY AND UPGRADE OF
COMPUTER HARDWARE, COMPUTER SOFT-
WARE AND COMPUTER NETWORKS; COMPUTER
HARDWARE AND SOFTWARE FOR PROVIDING
AND ENHANCING CONNECTIVITY BETWEEN
COMPUTERS, COMPUTER NETWORKS, AND TEL-
ECOMMUNICATIONS NETWORKS; COMPUTER
HARDWARE AND SOFTWARE FOR PROVIDING
AND ENHANCING THE SHARING, TRANSFER
AND PRESENTATION OF AUDIO, VIDEO AND
DATA; COMPUTER HARDWARE AND SOFTWARE
FOR MONITORING, REPAIRING AND UPGRAD-
ING COMPUTERS, COMPUTER NETWORKS AND
COMPUTER SOFTWARE; COMPUTER HARD-
WARE AND SOFTWARE FOR PROVIDING AND
ENHANCING DATA PROTECTION, DATA BACK-
UP, DATA RESTORATION AND SECURITY OF
COMPUTERS, COMPUTER NETWORKS AND

COMPUTER SOFTWARE; COMPUTER HARD-
WARE AND SOFTWARE FOR ENABLING AUTO-
MATIC TRANSITIONING BETWEEN LEVELS OF
VOLTAGE AND FREQUENCY PERFORMANCE OF
A COMPUTER PROCESSOR AND COMPUTER SYS-
TEM; ALL OF THE AFOREMENTIONED SOFT-
WARE EXCLUDING DATA ACQUISITION
SOFTWARE SPECIFICALLY RELATED TO INDUS-
TRIAL, MANUFACTURING, SCIENTIFIC AND
OTHER APPLICATIONS WHERE PHYSICAL MEA-
SUREMENTS SUCH AS TEMPERATURE, WEIGHT,
LEVEL, VELOCITY, VOLTAGE, CURRENT AND
FREQUENCY ARE CONVERTED TO AN ELECTRI-
CAL SIGNAL, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 4-24-2006; IN COMMERCE 4-24-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30603769.6,
FILED 1-18-2006, REG. NO. 30603769, DATED 1-19-
2006, EXPIRES 1-31-2016.

OWNER OF U.S. REG. NOS. 939,641, 2,171,778,
AND 2,446,693.

SER. NO. 78-867,548, FILED 4-23-2006.

DAVID MURRAY, EXAMINING ATTORNEY



# United States of America

## United States Patent and Trademark Office

# INTEL ATOM

**Reg. No. 3,928,879**
**Registered Mar. 8, 2011**

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: COMPUTERS; COMPUTER HARDWARE; SEMICONDUCTORS; MICROPROCESSORS; INTEGRATED CIRCUITS; COMPUTER MOTHERBOARDS; SOFTWARE PROGRAMMABLE MICROPROCESSORS; NOTEBOOK AND LAPTOP COMPUTERS; PORTABLE COMPUTERS; HANDHELD COMPUTERS; WIRELESS DEVICES USED FOR INTERNET CONNECTIVITY FEATURING DATA AND IMAGE TRANSMISSION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-0-2008; IN COMMERCE 3-0-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 30774767.0/0, FILED 11-16-2007, REG. NO. 30774767, DATED 1-31-2008, EXPIRES 11-30-2017.

SN 77-406,712, FILED 2-26-2008.

WENDY GOODMAN, EXAMINING ATTORNEY





Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# INTEL INTRU

**Reg. No. 4,130,118**

**Registered Apr. 24, 2012**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: ENTERTAINMENT SERVICES, NAMELY, PRODUCTION OF MOTION PICTURES, VIDEOS AND FILMS; SPECIAL EFFECTS ANIMATION SERVICES FOR TELEVISION, VIDEO AND MOTION PICTURES; ANIMATION PRODUCTION SERVICES; MULTIMEDIA ENTERTAINMENT SOFTWARE PRODUCTION SERVICES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 302008043850, FILED 7-1-2008, REG. NO. 302008043850, DATED 1-20-2009, EXPIRES 7-31-2018.

OWNER OF U.S. REG. NOS. 939,641, 2,171,778 AND OTHERS.

SER. NO. 77-549,890, FILED 8-18-2008.

JORDAN BAKER, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office



EXHIBIT
CC

# United States of America

## United States Patent and Trademark Office

# INTEL INTRU

**Reg. No. 4,130,117**

**Registered Apr. 24, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTER SOFTWARE FOR CREATING 3D ANIMATION; 3D ANIMATION PROCESS TECHNOLOGY SOFTWARE FOR CREATION, PRODUCTION, RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND, VIDEO, MOVIES, FILMS, ANIMATED CONTENT, GRAPHICS AND IMAGES; COMPUTER SOFTWARE FOR USE IN RELATION TO DIGITAL ANIMATION AND SPECIAL EFFECTS OF IMAGES; SOFTWARE FOR PROCESSING IMAGES, GRAPHICS AND TEXT; SOFTWARE TO CONTROL AND IMPROVE COMPUTER AND AUDIO EQUIPMENT SOUND QUALITY; COMPUTER GAME SOFTWARE; COMPUTER GRAPHICS SOFTWARE; ELECTRONIC GAME SOFTWARE; GAME SOFTWARE; VIDEO GAME SOFTWARE; VIRTUAL REALITY GAME SOFTWARE; INTERACTIVE VIDEO GAMES COMPRISED OF COMPUTER HARDWARE AND SOFTWARE; COMPUTERS; COMPUTER SERVERS; COMPUTER WORK STATIONS COMPRISING MICROPROCESSORS, CENTRAL PROCESSING UNITS, COMPUTER MONITORS, COMPUTER MEMORIES AND COMPUTER MEMORY HARDWARE, COMPUTER DISK DRIVES, COMPUTER CHIPSETS, MOTHERBOARDS AND COMPUTER PERIPHERALS; COMPUTER HARDWARE, COMPUTER MOTHERBOARDS, INTEGRATED CIRCUITS, SEMICONDUCTORS AND MICROPROCESSORS; VIDEO GAME CARTRIDGES; COMPUTER SOFTWARE FOR PLAYING VIDEO GAMES AND COMPUTER GAMES WITH OTHERS VIA A GLOBAL COMPUTER OR COMMUNICATION NETWORK; COMPUTER SOFTWARE FOR COMPRESSING AND DE-COMPRESSING DATA AND VIDEO IMAGES; NOTEBOOK AND LAPTOP COMPUTERS; PORTABLE COMPUTERS; HANDHELD COMPUTERS; TABLET COMPUTERS; ULTRA MOBILE COMPUTERS; COMPUTER SOFTWARE FOR USE IN PROVIDING MULTIPLE USER ACCESS TO A GLOBAL COMPUTER INFORMATION NETWORK; COMPUTER FIRMWARE, NAMELY, COMPUTER OPERATING SYSTEM SOFTWARE, COMPUTER UTILITY SOFTWARE; PORTABLE VIDEO PLAYERS; HAND-HELD UNITS FOR PLAYING ELECTRONIC GAMES FOR USE WITH EXTERNAL DISPLAY SCREEN OR MONITOR , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 302008043844, FILED 7-1-2008, REG. NO. 302008043844, DATED 9-5-2008, EXPIRES 7-31-2018.

*David J. Kappos*

Director of the United States Patent and Trademark Office


EXHIBIT
DD

**Reg. No. 4,130,117**   OWNER OF U.S. REG. NOS. 939,641, 2,171,778 AND OTHERS.

SER. NO. 77-549,885, FILED 8-18-2008.

JORDAN BAKER, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# INTEL COFLUENT

**Reg. No. 4,277,312**

**Registered Jan. 15, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER SOFTWARE TOOLS FOR SIMULATION, MODELING, ANALYZING, VALIDATING, AND DESIGN OF COMPUTER SYSTEMS AND SYSTEM ARCHITECTURE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-2-2012; IN COMMERCE 6-2-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,017,448, 4,010,734, AND OTHERS.

SN 85-603,213, FILED 4-19-2012.

JENNIFER MARTIN, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office



EXHIBIT
EE

# State of California
## Secretary of State

### CERTIFICATE OF REGISTRATION OF TRADEMARK

*I, DEBRA BOWEN,* Secretary of State of the State of California, hereby certify:

| | |
|---|---|
| Trademark Reg. No.: | 114722 |
| Name of Registrant: | Intel Corporation |
| Business Address: | 220 Mission College Blvd., Santa Clara, Ca 95052 |
| State of Incorporation/ Organization: | Delaware |
| Date First Used in California: | March 11, 1969 |
| Date First Used Anywhere: | March 11, 1969 |
| Description of Trademark: | INTEL |
| Description of Goods on which the Trademark is Used: | Microprocessors; semiconductors; integrated circuits; computer memory devices; computer hardware; computer software; computers; notebook and laptop computers; handheld computers; ultra mobile computers; personal digital assistants; mobile internet devices; telecommunications apparatus and instruments. |
| Class Number(s): | 9 |
| Date of Registration: | January 25, 2012 |
| Term of Registration Extends to and Includes: | January 25, 2017 |

In accordance with the application filed in this office, the Trademark described above has been duly registered.   A copy, specimen, facsimile, counterpart or a reproduction of the mark is attached.

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 27th day of January 2012



**DEBRA BOWEN**
**Secretary of State**

EXHIBIT
FF