IAN K. BOYD (SBN 191434)
iboyd@harveysiskind.com
KATE W. MCKNIGHT (SBN 264197)
kmcknight@harveysiskind.com
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, CA  94111
Telephone:     (415) 354-0100
Facsimile:      (415) 391-7124

Attorneys for Plaintiff
INTEL CORPORATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>VITAL INTEL, INC., a Delaware corporation,<br><br>            Defendants. | Case No. C 15-03306 EJD<br><br>**STIPULATED REQUEST TO EXTEND DISCOVERY AND ADR DEADLINES AND [PROPOSED] ORDER**<br>**[CIVIL LOCAL RULE 6-2]** |

    This Stipulated Request and Proposed Order is entered into and made by Plaintiff Intel Corporation and Defendant Vital Intel, Inc., by and through their respective counsel of record.  The parties previously agreed upon, and on December 15, 2016 the Court ordered, a sixty-day extension of the ADR deadline to enable the parties to hold the ADR session after both the initial case management conference and an opportunity to engage in discovery.  That time modification did not affect the overall case schedule.

    The parties are engaged in a discovery dispute and accordingly believe it most efficient to continue the discovery deadlines and the ADR deadline, as set forth below.  The parties do not believe that the requested modification will materially affect the overall schedule of the case.

| EVENT | DEADLINE |
|---|---|
| Deadline to Hold ADR Session | August 11, 2016 |
| Fact Discovery Cutoff | September 22, 2016 |
| Designation of Opening Experts with Reports | October 13, 2016 |
| Designation of Rebuttal Experts with Reports | November 10, 2016 |
| Expert Discovery Cutoff | December 1, 2016 |
| Deadline for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions | January 5, 2017 |
| Last Day to Hear Dispositive Motions | February 16, 2017 |
| Trial Setting Conference | November 10, 2016 at 11:00 a.m. |
| Joint Trial Setting Conference Statement | October 31, 2016 |

Accordingly, the parties respectfully request that the case calendar be modified accordingly.

Respectfully submitted,

Dated:  June 17, 2016        HARVEY SISKIND LLP
                             IAN K. BOYD
                             KATE W. MCKNIGHT

                             By:    /s/ Ian K. Boyd
                                    Ian K. Boyd

Dated:  June 17, 2016        NEWMAN DU WORS LLP
                             JOHN DU WORS

                             By:    /s/ John Du Wors
                                    John Du Wors

I, Ian K. Boyd, am the ECF User whose identification and password are being used to file this document.  Pursuant to Civil Local Rule 5-1, I hereby attest that counsel for Defendant has concurred in this filing.

                                    /s/ Ian K. Boyd

-2-

1
2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
3
4  Dated: June 21, 2016
5  _____
   HON. EDWARD J. DAVILA
6  UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED REQUEST TO EXTEND ALL DEADLINES                        CASE NO. C 15-03306 EJD